IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KIM BECKHAM and STATE FARM**
**MUTUAL AUTOMOBILE INSURANCE**
**COMPANY**                                                                               **PLAINTIFFS**

v.                            Case No. 4:21-cv-00950 KGB

**FORD MOTOR COMPANY**                                                      **DEFENDANT**

## ORDER

Before the Court is a joint stipulation of dismissal filed by plaintiffs Kim Beckham and State Farm Mutual Automobile Insurance Company and defendant Ford Motor Company (Dkt. No. 10). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the joint stipulation for dismissal and dismisses this case with prejudice, with each party to bear his and its own attorney's fees and costs.

It is so ordered this 5th day of October, 2022.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge